# MUTUAL RELEASE OF ALL CLAIMS AND DEMANDS
# WITHDRAWAL FROM MEMBERSHIP

WHEREAS, SHANE MARTIN BARNETT, an adult person, has made claims for $550,000.00, based upon a Membership Interest and Capital Account in Troo Clean Environmental, LLC, an Ohio Limited Liability Company, and upon claims against Owen David, Orin David, Roy Malone, and Tyler David, as Individuals and Members of Troo Clean Environmental, LLC.

AND WHEREAS, said Troo Clean Environmental, LLC, and Owen David, Orin David, Roy Malone, and Tyler David, Individuals and Members of Troo Clean Environmental, LLC wish to settle such claims of Shane Martin Barnett and to agree to the Withdrawal of Shane Martin Barnett as a Member of Troo Clean Environmental, LLC.

THEREFORE, the said Shane Martin Barnett, in consideration of the payment of the sum of $550,000.00, does hereby compromise, release and settle all claims and actions, as stated, or which may have or could arise from said claims made by Shane Martin Barnett and his heirs, executors and assigns, against said Troo Clean Environmental, LLC, an Ohio Limited Liability Company, and against Owen David, Orin David, Roy Malone, and Tyler David, Individuals and Members of Troo Clean Environmental, LLC, its and their successors, assigns, heirs, and executors from said claims and demands.

In further consideration of said payment of $550,000.00, and pursuant to Article 7 of the Membership Agreement of Troo Clean Environmental, LLC, said Shane Martin Barnett does hereby withdraw from said Company and transfers and assigns his said Membership Interest in said Company to the Company, in complete redemption of his Membership Interest in the Company. From and after the date hereof, Shane Martine Barnett hereby acknowledges that he no longer owns any Membership Interest or equity interest in Troo Clean Environmental, LLC or its assets, proprietary rights or intellectual property.

In further consideration of said payment of $550,000.00, said Shane Martin Barnett does hereby agree to not use or disclose any confidential or proprietary information regarding Troo Clean Environmental, LLC or its assets to any person. Further, from and after the date hereof Shane Martin Barnett does hereby (a) agree to cease using the name "Troo Clean" or "Troo

Clean Environmental" or any confusingly similar variations thereof, and (b) agree to dissolve or file a name change amendment with the Oklahoma Secretary of State to formally change the name of Troo Clean Mid-Con LLC. The obligations set forth in this paragraph shall survive this release.

In further consideration of this Release, Owen David, Orin David, Roy Malone, and Tyler David, as Members of Troo Clean Environmental, LLC, do hereby consent to the said transfer by Shane Martin Barnett of his Membership Interest in Troo Clean Environmental, LLC. Said Owen David, Orin David, Roy Malone, and Tyler David, as Members of Troo Clean Environmental, LLC, hereby agree Owen David shall execute this Release Agreement on behalf of Troo Clean Environmental, LLC.

In further consideration of this Release Agreement, Troo Clean Environmental, LLC, an Ohio Limited Liability Company, and Owen David, Orin David, Roy Malone, and Tyler David, as Members of Troo Clean Environmental, LLC, hereby release Shane Martin Barnett from any and all responsibilities and obligations as a Member of Troo Clean Environmental, LLC, and release Shane Martin Barnett from any and all claims, including but not limited to claims for damages, known or unknown.

Said Shane Martin Barnett says Troo Clean Environmental, LLC, and Owen David, Orin David, Roy Malone, and Tyler David, Individuals and Members of Troo Clean Environmental, LLC has/have paid to him, with the making of this agreement, the sum of $550,000.00, and receipt of said sum is hereby acknowledged.

Dated this 16 day of October, 2019.

Troo Clean Environmental, LLC

By: Owen David

Shane Martin Barnett

As to Shane Barnett
Kendra E. Hanke

Individuals and Members of Troo Clean Environmental, LLC

_[signature]_
Orin David

_[signature]_
Roy Malone

_[signature]_
Tyler David